```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
   CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0035--CR (JMF)
                    "USA V BOYANG (BUSAN) LTD"
                    DEF 1.1 BOYANG (BUSAN)LTD

       Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable James M. Fitzgerald, U.S. District Judge
    Magistrate Judge:
              Filed: 04/14/05
             Closed: 06/02/05
 No. of Defendants: 1
     MJ Case Number:
                AKA:
    Location status: Not specified
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Robert C. Bundy
                    Dorsey & Whitney
                    1031 W. 4th Avenue, Suite 600
                    Anchorage, AK 99501
                    907-276-4557
                    FAX 907-276-4152
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Kevin Feldis
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 1.1 BOYANG (BUSAN)LTD

 Document           Count   Citation and Description                       Disposition
 _____           _____   _____                       _____
     1 -    1 INF     1     33:1908(a) FAILURE TO MAINTAIN AN OIL RECORD BOOK   Sentenced
                            (F)                                                 (12-1)

     1 -    1 INF     2     33:1908(a) FAILURE TO MAINTAIN AN OIL RECORD BOOK   Sentenced
                            (F)                                                 (12-1)

     1 -    1 INF     3     33:1908(a) FAILURE TO MAINTAIN AN OIL RECORD BOOK   Sentenced
                            (F)                                                 (12-1)
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A05-0035--CR (JMF)
                                     "USA V BOYANG (BUSAN) LTD"

                                         For all filing dates
```

```
  Presiding Judge:  The Honorable James M. Fitzgerald, U.S. District Judge
  Magistrate Judge:
              Filed: 04/14/05
             Closed: 06/02/05
No. of Defendants: 1


 Document #    Filed      Docket text
 _____   _____   _____

     1 -   1  04/14/05   [Re: DEF 1] PLF 1 Information.

     2 -   1  04/14/05   [Re: DEF 1] PLF 1 Plea Agreement.

     3 -   1  04/15/05   [Re: DEF 1] certified copy JMF Court Minutes in case A02-0072-CR (JMF)
                         [ECR: Elisa Singleton] setting Arr/EOP for 4/26/05 at 9:00 am.  cc: USA,
                         R. Bundy,  USM, USPO

     4 -   1  04/19/05   DEF 1 Unopposed motion for arraignment, entry of plea & sentencing on
                         even date.

     5 -   1  04/20/05   [Re: DEF 1] PLF 1 Notice of filing Boyang (BUSAN) LTD Board of
                         Directiors' Resolutions w/att resolutions.

     4 -   2  04/21/05   [Re: DEF 1] JMF Order granting motion Unopposed motion for arraignment,
                         entry of plea & sentencing on even date (4-1).  cc: USA, R. Bundy, USM,
                         USPO

     6 -   1  04/21/05   [Re: DEF 1] PLF 1 motion for Award Pursuant to 33 U.S.C. Section
                         1908(a).

     7 -   1  04/27/05   [Re: DEF 1] JMF Court Minutes [ECR: April Karper/Denali Elmore] re
                         Arraignment/Entry of Plea/IOS (held 04/26/05); Def plead Guilty to Ct 1
                         thru 3 of the Information; def sentenced as stated in the judgment;
                         Probation Officer to prepare written conditions of probation and submit
                         agreed upon draft judgment; def waived presentence report.  cc: USA, R.
                         Bundy, USM, USPO.

     8 -   1  04/27/05   DEF 1 Waiver of indictment.

     9 -   1  05/10/05   [Re: DEF 1] JMF Order Granting Government's Motion for Award Pursuant to
                         33 USC Section 1908(a) (dkt 6).  cc: USA, R. Bundy, USPO

    10 -   1  05/19/05   [Re: DEF 1] PLF 1 Government's Motion to Clarify Order for Award
                         Pursuant to 33 USC 1908(a).

    11 -   1  05/24/05   [Re: DEF 1] JMF Order granting motion to Clarify Order for Award
                         Pursuant to 33 USC 1908(a) (10-1); previous order is vacated.  cc: USA,
                         B. Bundy, Finance

    12 -   1  06/02/05   [Re: DEF 1] JMF Judgment pleaded guilty to counts 1,2,3 of the
                         Information (1-1). Probation for a term of 5 years on each count, all
                         such terms to be served concurrently, with standard & special
                         conditions.   SA $1,200.00; Fine $1,500,000.00 w/additional terms for
                         criminal monetary penalties as stated.  Interest requirement waived.
                         cc: AUSA, R. Bundy, Def w/cnsl cy, USM, USPO, Finance, FLU
```